LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
Email: glafayette@lkclaw.com
BRIAN H. CHUN (SBN 215417)
Email: bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:  (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
MACY'S, INC.

TARBIYAT FAZAEI
501 N Cascade Terrace
Sunnyvale, CA 94087
Email: fazaeit@gmail.com
Telephone:  (415) 742-0429

Plaintiff (pro se)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARBIYAT FAZAEI,<br><br>     Plaintiff,<br><br>vs.<br><br>MACY'S INC.; and DOES 1 THROUGH 100, inclusive,<br><br>     Defendants. | Case No. 3:20-cv-00464-RS<br><br>**STIPULATION AND REQUEST TO CONTINUE TRIAL AND OTHER CASE DATES;  ORDER**<br><br>Courtroom:   3 – 17th Floor<br>Judge:           Hon. Richard Seeborg<br><br>Action Filed: November 27, 2019<br>Notice of Removal Filed:  January 22, 2020<br>Trial Date:  November 1, 2021 |

**STIPULATION AND REQUEST**

Plaintiff Tarbiyat Fazei ("Plaintiff") and Defendant Macy's, Inc. ("Defendant") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS on April 23, 2020, the Court set the following schedule:

    (a)    Non-expert discovery cutoff:  March 5, 2021

    (b)    Last day for hearing on dispositive motions:  April 29, 2021

    (c)    Expert witness disclosures:  June 4, 2021

    (d)    Rebuttal expert disclosures:  July 9, 2021

    (e)    Expert discovery cutoff:  August 13, 2021

    (f)    Final pretrial conference:  October 20, 2021

    (g)    Trial:  November 1, 2021

WHEREAS on November 2, 2020, Plaintiff's former attorneys filed a request to withdraw as counsel, which was granted on November 5, 2020, and advised Defendant's counsel that Plaintiff was in the process of retaining new counsel;

WHEREAS Plaintiff's efforts to retain a new attorney since that time have been unsuccessful;

WHEREAS on November 18, 2020, Defendant served responses to Plaintiff's interrogatories and document requests and also produced responsive documents;

WHEREAS Plaintiff's responses to Defendant's document requests were due on March 4, 2021;

WHEREAS Plaintiff has not yet provided written responses to Defendant's document requests indicating whether she will produce responsive documents and has not yet produced all responsive documents;

WHEREAS on February 23, 2021, Defendant properly noticed Plaintiff's deposition to take place on March 5, 2021;

WHEREAS on March 4, 2021, the day before her duly-noticed deposition, Plaintiff sent Defendant's counsel an email stating that she would not be appearing for her deposition and that

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

she did not want to have her deposition taken without a lawyer representing her; and

WHEREAS due to the foregoing discovery delays, Plaintiff and Defendant have agreed to continue the case dates and deadlines so that Defendant has sufficient time to complete its discovery and file a dispositive motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between the Parties through their respective attorneys of record that the Court set the following case schedule:

(a) Non-expert discovery cutoff (solely for the purpose of (1) Defendant receiving Plaintiff's complete document production and responses to Defendant's written discovery requests served on January 29, 2021, and (2) the taking of Plaintiff's deposition):  August 13, 2021

(b) Last day for hearing on dispositive motions:  October 7, 2021

(c) Expert witness disclosures:  November 5, 2021

(d) Rebuttal expert disclosures:  December 3, 2021

(e) Expert discovery cutoff:  January 14, 2022

(f) Final pretrial conference:  March 2, 2022

(g) Trial:  March 14, 2022

DATED:  April 12, 2021          LAFAYETTE & KUMAGAI LLP

_/s/ Brian H. Chun_
BRIAN H. CHUN
Attorneys for Defendant
MACY'S, INC.

DATED:  April 12, 2021

_/s/ Tarbiyat Fazaei_
TARBIYAT FAZAEI
Plaintiff

# SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of Plaintiff Tarbiyat Fazaei for the filing of this Stipulation.

                    /s/ Brian H. Chun
                    BRIAN H. CHUN

# ORDER

Good cause appearing therefor and pursuant to the parties' stipulation, the Court sets the following case schedule:

(a) Non-expert discovery cutoff : August 13, 2021

(b) Last day for hearing on dispositive motions: October 7, 2021

(c) Expert witness disclosures: November 5, 2021

(d) Rebuttal expert disclosures: December 3, 2021

(e) Expert discovery cutoff: January 14, 2022

(f) Final pretrial conference: March 2, 2022

(g) Trial: March 14, 2022

DATED: April 12, 2021

RICHARD SEEBORG
United States District Judge