| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 10/2021) | BILL OF COSTS *Please follow the instructions on page 3 when completing this form.* | | COURT USE ONLY OBJECTION DEADLINE: OBJECTION FILED: YES ☐      No ☐ |
|---|---|---|---|

| 1.  CASE NAME Tarbiyat Fazaei v. Macy's, Inc. | 2.  CASE NUMBER 3:20-cv-00464-RS | 3. DATE JUDGMENT ENTERED March 21, 2022 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Plaintiff Tarbiyat Fazaei |
|---|---|---|---|
| 5. NAME OF CLAIMING PARTY Defendant Macy's, Inc. | 6.  NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Gary T. Lafayette (SBN 088666) Brian H. Chun (SBN 215417) | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

**8. REQUEST TO TAX THE FOLLOWING AS COSTS:**                                                            (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | *Amt Allowed* | *Disallowed* | *Disallowance Reason* |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $ 400.00 | Receipt for filing of Notice of Removal (1/22/20) (Exhibit 1) | | | |
| Service of Process, Civil LR 54-3(a)(2) | | | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $ 735.11 | Deposition Invoice For Tarbiyat Fazaei (8-10-21) (V1) (Court Reporter) (Exhibit 2) | | | |
| | $ 744.50 | Deposition Invoice For Tarbiyat Fazaei (8-10-21) (V1) (Videographer) (Exhibit 3) | | | |
| | $ 4,184.55 | Deposition Invoice For Tarbiyat Fazaei (12-02-21) (V2) (Court Reporter and Videographer) (Exhibit 4) | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | 93 pages x 0.10 = $9.30 x 3 sets = $27.90 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | | | | | |
| Visual aids, Civil LR 54(d)(5) | | | | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | $ 6,092.06 | | $ 0.00 | $ 0.00 | |

9. ADDITIONAL COMMENTS, NOTES, ETC:

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party:**

SIGNATURE: /s/ Brian H. Chun          DATE: April 4, 2022

11. Costs are taxed in the amount of                    and included in the judgment.

Mark B. Busby
Clerk of Court

BY:                    Deputy Clerk          DATE:

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| WITNESS NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL WITNESS FEES/EXPENSES | | $  0.00 |

# EXHIBIT 1

Complaints and Other Initiating Documents
3.20-cv-00404 Fazaei v. Macy's Inc.

U.S. District Court

California Northern District

1/22/2020

MACY.FAZA
$400—

**Notice of Electronic Filing**

The following transaction was entered by Chun, Brian on 1/22/2020 at 12:06 PM PST and filed on 1/22/2020
Case Name:        Fazaei v. Macy's Inc.
Case Number:      3:20-cv-00464
Filer:            Macy's Inc.
Document Number: 1

**Docket Text:**
NOTICE OF REMOVAL from San Francisco County Superior Court. Their case number is CGC-19-581113. (Filing fee $400 receipt number (971-14094186). Filed by Macy's Inc.. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Declaration of Stevens R. Watts in Support of Notice of Removal, # (5) Civil Cover Sheet)(Chun, Brian) (Filed on 1/22/2020)

3:20-cv-00464 Notice has been electronically mailed to:

Brian H. Chun    bchun@lkclaw.com, docket@lkclaw.com, dtaylor@lkclaw.com, glafayette@lkclaw.com, tngo@lkclaw.com

3:20-cv-00464 Please see Local Rule 5-5: Notice has NOT been electronically mailed to:

Tarbiyat Fazaei

The following document(s) are associated with this transaction:

Document description: Main Document
Original filename: C:\fakepath\Notice of Removal.pdf
Electronic document Stamp:
[STAMP CANDStamp_ID=977336130 [Date=1/22/2020] [FileNumber=16610615-0]
[887bee6b327106614e11de33eea546b47694c1933d93b9702e1h88hfd4074nffh81f
80187162dadd56ea79242d611ac84e3b9dc6d975658cd5ah3afa05afee48]]
Document description: Exhibit A
Original filename: C:\fakepath\NOR - Exhibit A.pdf
Electronic document Stamp:
[STAMP CANDStamp_ID=977336130 [Date=1/22/2020] [FileNumber=16610615-1]
[55429e30b6e17214965915625c1c4664542d38a607f35150 3ed4aa63bc72baa8dfaf
6d344a8dfc6a9238b5bb3a39ed591a7fb45a741aad8770569 4b93de49b00]]
Document description: Exhibit B
Original filename: C:\fakepath\NOR - Exhibit B.pdf
Electronic document Stamp:
[STAMP CANDStamp_ID=977336130 [Date=1/22/2020] [FileNumber=16610615-2]
[74f4d293(5fdb1445f1536069b5e4066b(d6ba5cc04364276a3862bd0677ebfadaa5
bbd30bef38a9ace87b3a1d67 5aff518bb5e3ecb7ee241015f9 4c25133795]]
Document description: Exhibit C
Original filename: C:\fakepath\NOR - Exhibit C.pdf
Electronic document Stamp:
[STAMP CANDStamp_ID=977336130 [Date=1/22/2020] [FileNumber=16610615-3]
[041f11001cb245e5fab4 104b8c8fbf52c0c79c5985545ab502ba263540c962ab5ff
f928d3c42ceaXd41aa9007 76800batc2fa6f6b87ad715964o43bf263b12a]]
Document description: Declaration of Stevens R. Watts in Support of Notice of Removal
Original filename: C:\fakepath\NOR - Declaration of Steven Watts.pdf
Electronic document Stamp:
[STAMP CANDStamp_ID=977336130 [Date=1/22/2020] [FileNumber=16610615-4]
[3adc4f8fd10f7d34c2b70f107e5c3c2869863da55ba63250c 343b395720bbdeaefeb
22c847509 123f64cc0a1984c5dd27cfdd27b69c22dac32a3c79d524597c]]
Document description: Civil Cover Sheet
Original filename: C:\fakepath\NOR - Civil Cover Sheet.pdf
Electronic document Stamp:
[STAMP CANDStamp_ID=977336130 [Date=1/22/2020] [FileNumber=16610615-5]
[142ab849 3922 e8e823f8f630ed f35b951e4f1cd733 1efn4725eb601306110a5624
f91e1a75d4b716 82eb2303b54b862d99bf8a437bd40d0039bc41e95e030]]

# EXHIBIT 2

# I N V O I C E

1 of 1

Nogara Reporting Service
5 Third Street, Suite 415
San Francisco, CA 94103
T: 415-398-1889  F: 415-398-0611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65327 | 8/27/2021 | 28331 |

| Job Date | Case No. | |
|---|---|---|
| 8/10/2021 | 3:20-cv-00464-RS | |

| Case Name | | |
|---|---|---|

Tarbiyat Fazael vs. Macy's Inc.

| Payment Terms | | |
|---|---|---|

Due upon receipt

Brian H. Chun
Lafayette & Kumagai
1300 Clay Street, Suite 810
Oakland, CA 94612
T: 415-357-4600  F: 415-357-4605

ORIGINAL AND 1 CERTIFIED TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Tarbiyat Fazael | 57.00 | Pages | 386.75 |
| Exhibit | 4.00 | Pages | 1.00 |
| Expedited transcript: 6 working days | 57.00 | Pages | 169.86 |
| Reporter Attendance | 1.00 | | 100.00 |
| Parking | 1.00 | | 25.00 |
| Certification - Original | 1.00 | | 35.00 |
| Delivery and Handling | 1.00 | | 17.50 |
| **TOTAL DUE  >>>** | | | **$735.11** |

Expedited transcript: Delivered via Email 8/18/21.

**Tax ID:** 94-2791849

*Please detach bottom portion and return with payment.*

Brian H. Chun
Lafayette & Kumagai
1300 Clay Street, Suite 810
Oakland, CA 94612

| | | | |
|---|---|---|---|
| Job No. | : 28331 | BU ID | : 1-NOGA |
| Case No. | : 3:20-cv-00464-RS | | |
| Case Name | : Tarbiyat Fazael vs. Macy's Inc. | | |
| | | | |
| Invoice No. | : 65327 | Invoice Date | : 8/27/2021 |
| **Total Due** | : **$735.11** | | |

Remit To: **Nogara Reporting Service**
         **5 Third Street, Suite 415**
         **San Francisco, CA 94103**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# EXHIBIT 3



# EXHIBIT 4

# I N V O I C E

1 of 1

Nogara Reporting Service
5 Third Street, Suite 415
San Francisco, CA 94103
T: 415-398-1889  F: 415-398-0611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65440 | 12/27/2021 | 28394 |

| Job Date | Case No. | |
|---|---|---|
| 12/2/2021 | 3:20-cv-00464-RS | |

| Case Name | | |
|---|---|---|
| Tarbiyat Fazael vs. Macy's Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Brian H. Chun
Lafayette & Kumagai
1300 Clay Street, Suite 810
Oakland, CA 94612
T: 415-357-4600  F: 415-357-4605

---

ORIGINAL AND 1 CERTIFIED TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Tarbiyat Fazael, V.2 | 336.00 | Pages | 1,999.20 |
| Exhibit | 81.00 | Pages | 20.25 |
| Expedited transcript: 2 working days | 336.00 | Pages | 1,797.60 |
| Reporter Attendance | 1.00 | | 200.00 |
| Reporter: Evening Per Diem - after 5pm | 2.00 | Hours | 75.00 |
| Parking | 1.00 | | 40.00 |
| Certification - Original | 1.00 | | 35.00 |
| Delivery and Handling | 1.00 | | 17.50 |
| **TOTAL DUE   >>>** | | | **$4,184.55** |

Start time: 9:30am
End time: 7:04pm
Videotaped deposition
Expedited transcript: Delivered via email on Saturday 12/4/21

---

**Tax ID:** 94-2791849

*Please detach bottom portion and return with payment.*

Brian H. Chun
Lafayette & Kumagai
1300 Clay Street, Suite 810
Oakland, CA 94612

| | | | |
|---|---|---|---|
| Job No. | : 28394 | BU ID | : 1-NOGA |
| Case No. | : 3:20-cv-00464-RS | | |
| Case Name | : Tarbiyat Fazael vs. Macy's Inc. | | |
| Invoice No. | : 65440 | Invoice Date | : 12/27/2021 |
| **Total Due** | : **$4,184.55** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Nogara Reporting Service**
            **5 Third Street, Suite 415**
            **San Francisco, CA 94103**